# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

**ROBIN D. POST,**

        **Plaintiff,**

v.                                                                                       Case No. 21-2587-DDC

**DALE R. HANCHETT a/k/a Dale Hanchett,**
**HANCHETT FARMS & CATTLE CO., LLC,**
**DENNIS J. ZIMMERMAN,**
**KENDALL L. NICHOLS a/k/a Kendall Nichols, Jr.,**
**JOHN H. KASER,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☒   Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☐   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

     **Pursuant to the Jury Verdict (Doc. 185) returned on February 21, 2024, the jury assessed defendant Dennis J. Zimmerman with 2% fault.  Defendant John Kaser was assessed with 0% fault.  Non-party Sena Bailey was assessed with 98% fault.  The jury awarded plaintiff Robin D. Post medical expenses to date of $8,162.15.  The jury awarded $0 for future medical expenses; $0 noneconomic loss to date; $0 future noneconomic loss; and $0 loss or impairment of services as spouse.  The jury also found for defendant Dennis J. Zimmerman on plaintiff's claim for punitive damages.**

     **Also pursuant to K.S.A. 60-258a, the court applies fault of 2% assessed against defendant Dennis J. Zimmerman to the total damages awarded by the jury of $8,162.15.  This calculation yields a total judgment in favor of Robin D. Post against Dennis J. Zimmerman of $163.24.**

     **Also pursuant to the Jury Verdict (Doc. 185) returned on February 21, 2024, judgment is entered in favor of defendants Hanchett Farms & Cattle Co., LLC, Kendall L. Nichols, and John H. Kaser.  All claims asserted by plaintiff Robin D. Post against these defendants are dismissed and Ms. Post takes nothing on her claims against them.**

**Also pursuant to the court's Order (Doc. 180) entered on February 20, 2024, plaintiff Robin D. Post shall take nothing on her claims against defendant Dale R. Hanchett and her claims against him are dismissed.**[1]


| 02/27/2024 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |

by: s/ Megan Garrett
Deputy Clerk

---

[1] The Pretrial Order (Doc. 94) identified "Dale Hanchett Farms & Cattle Co., LLC" as an a/k/a name for defendant Dale R. Hanchett. As the case's docket reflects, the correct name for the organizational defendant is Hanchett Farms & Cattle Co., LLC. This Judgment refers to the organizational defendant by that correct name.